

TAGLaw International Lawyers

William E. Fischer
Direct Telephone
920-232-4843
wfischer@vonbriesen.com

June 16, 2020

Honorable Stephen L. Crocker
U.S. Magistrate Judge
U.S. District Court
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

      RE:    <u>Convergen Energy WI, LLC v. L'Anse Warden Electric Company, LLC</u>
              Western District Case No.: 20-cv-00543-slc
              Dane County Case No.: 20 CV 1199

Dear Judge Crocker:

Filed herewith are the following documents: Renewed Motion and Supporting Argument for Preliminary Injunction, Statement of Record Facts Proposed by Convergen Energy WI, LLC in Support of Its Motion for Preliminary Injunction, Affidavit of Theodore J. Hansen in Support of Motion for Temporary Injunction (previously filed in Dane County Case No. 2020 CV 1199), and [Proposed] Order for Preliminary Injunction.

Plaintiff's motion for preliminary injunction is time-sensitive, and Plaintiff therefore respectfully asks the Court to decide the motion on an expedited basis. Defendant has been notified of this motion via ECF Filing, and will be receiving actual notice via email to both Defendant's Wisconsin counsel and New York counsel.

Please contact me with any questions or concerns.

Very truly yours,

von BRIESEN & ROPER, s.c.

William E. Fischer

WEF:erk

2905 Universal Street, Suite 2    Oshkosh, WI 54904    Phone 920-233-0250    Fax 920-233-8528

Cc: R. George Burnett, Liebmann, Conway, Olegniczak & Jerrry, S.C. (via ECF)
Michael Stolper, Seiden Law Group LLP (via email)
Dov Gold, Seiden Law Group LLP (via email)