

TAGLaw International Lawyers

**Benjamin LaFrombois, Esq.**
Direct Telephone
920-233-4704
blafrombois@vonbriesen.com

July 13, 2020

**<u>By ECF</u>**
Hon. Lewis J. Linman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    Convergen Energy WI LLC v. L'Anse Warden Electric Company LLC
                SDNY Case No. 1:20-cv-05240-LJL
                (Transferred from WIWD Case No. 3:20-cv-00543-wmc)

Dear Judge Liman:

      The above referenced case was transferred to the Southern District of New York on July 8, 2020.  The case has been related to SDNY Case No. 20-cv-3746, in which I am admitted to practice Pro Hac Vice.  I will be filing a motion for Pro Hac Vice admission in this case as soon as I have received a Certificate of Good Standing from the State Bar of Wisconsin.

      From Plaintiff's perspective, Plaintiff's Motion for Preliminary Injunction has been fully briefed and Plaintiff requests the Court render a decision or hold a scheduling conference.

      At the time of the transfer of the case, the Defendant had filed Motion for Leave to File Sur-Reply.   The Plaintiff respectfully submits herewith a Response to Defendant's Motion for Leave to File Sur-Reply.

Very truly yours,

von BRIESEN & ROPER, s.c.

Benjamin LaFrombois, Esq.
BDL:sf

35005974_1