```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CONVERGEN ENERGY WI LLC,

                Plaintiff,

    -v-

L'ANSE WARDEN ELECTRIC COMPANY LLC,

                Defendant.
------------------------------------------------------------------X

20-cv-5240 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    Before transfer of this action to this Court, Plaintiff filed a motion for preliminary injunction that is still pending. Dkt. No. 6.

    A conference is scheduled for September 24, 2020 at 5:00 p.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

    SO ORDERED.

Dated: September 16, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                              United States District Judge