UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

CONVERGEN ENERGY WI LLC,

                Plaintiff,

    -v-

L'ANSE WARDEN ELECTRIC COMPANY LLC,

                Defendant.

------------------------------------------------------------------X

20-cv-5240 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2020

LEWIS J. LIMAN, United States District Judge:

The Court has scheduled a conference on Plaintiff's motion for a preliminary injunction for Thursday, September 24, 2020, at 5:00 p.m. The Court is prepared to hear oral argument on the motion for a preliminary injunction at that conference and to issue a ruling on the motion for a preliminary injunction shortly thereafter. In advance of that conference, the Court orders the following:

1. Defendant's motion for leave to file a sur-reply at Dkt. No. 33 is GRANTED and the attached sur-reply is deemed filed.

2. The parties are to meet and confer and file a joint letter on ECF by 5:00 p.m. on September 22, 2020, advising (1) whether Plaintiff is still seeking a preliminary injunction; (2) the status of the arbitration and whether preliminary injunctive relief is available in that proceeding; and (3) whether the parties are prepared to rest on their papers and the accompanying declarations in connection with the motion for a preliminary injunction.

SO ORDERED.

Dated: September 21, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge