```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CONVERGEN ENERGY WI LLC,                                          :
:
Plaintiff,                                                        :
:                          20-cv-5240 (LJL)
-v-                                                               :
:                          ORDER
L'ANSE WARDEN ELECTRIC COMPANY LLC,                               :
:
Defendant.                                                        :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 13, 2020, the Court directed the parties to show cause why the action should not be stayed pending the outcome of the arbitration between the parties regarding the same claims as at issue in this action. Dkt. No. 62. It ordered that the parties file letters showing cause by October 20, 2020 and that any opposition be filed by October 27, 2020. Plaintiff filed a letter stating that it did not object to a stay. Dkt. No. 63. Defendant has not filed a response or any opposition.

It is hereby ORDERED that this action is STAYED pending the outcome of the arbitration.

SO ORDERED.

Dated: October 29, 2020                      _____
       New York, New York                                  LEWIS J. LIMAN
                                                     United States District Judge